| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | CASE NO. 4:17CR096 |
| CAROLYN CORDOVA | § § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

The court referred this matter to the United States Magistrate Judge Christine A. Nowak pursuant to 28 U.S.C. §636(b) and Local Rules for the United States District Court for the Eastern District of Texas to determine competency. Judge Nowak conducted a hearing in the form and manner prescribed by 18 U.S.C. §4247(d) and issued her Report and Recommendation on the Defendant's competency to stand trial. The magistrate judge recommended that the Court find Defendant competent to stand trial because she understands the nature and consequences of the proceedings against her and is able to assist in her defense. See 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Report and Recommendation of United States Magistrate Judge Christine A. Nowak is **ADOPTED**.

It is further **ORDERED** that in accordance with the magistrate judge's recommendation regarding the Defendant's competency to stand trial that the Court finds the Defendant is competent. The speedy trial time is excluded from October 25, 2017, until the date of this Order.

SIGNED at Beaumont, Texas, this 16th day of January, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE